UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DYLAN KILLION, ANGEL RAY, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 1:24-cv-00337-JPH-MJD ) |
| CHINTU PATEL, et al. | ) ) |
| Defendants. | ) ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Magistrate Judge Mark J. Dinsmore has entered a Report and Recommendation, dkt. 182, recommending that the Court grant in part and deny in part Defendants' motion to dismiss, dkt. 158. The parties have had the opportunity to object but have not done so. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1).

The Court has considered and now **ADOPTS** the Report and Recommendation. Dkt. [182]. The motion to dismiss is **GRANTED in part and DENIED in part** as set forth in the Report and Recommendation. Dkt. [158]. The following defendants are **DISMISSED without prejudice** and the **Clerk is directed** to terminate them on the docket:

1. Jay Ravi Randal 2, LLC;
2. Subin 5, LLC;
3. S&S Gas Station CSGS, LLC;
4. Subin 6, LLC;
5. Subin 10, LLC;
6. Subin 12, LLC;
7. Subin 13, LLC;

8. Subin 14, LLC;
9. Subin 15, LLC;
10. Subin 16, LLC;
11. Subin 17, LLC;
12. Subin 18, LLC;
13. Subin 19, LLC;
14. Subin 20, LLC;
15. Subin 21, LLC;
16. Subin 22, LLC;
17. Subin 23, LLC;
18. Subin 24, LLC;
19. Subin 25, LLC;
20. Subin 29, LLC;
21. Subin 30, LLC;
22. Subin 33, LLC;
23. Subin 35, LLC;
24. Subin 37, LLC;
25. Subin 38, LLC;
26. Subin 39, LLC;
27. Subin 40, LLC;
28. Subin 41, LLC;
29. Jay Ravi Randal 1, LLC;
30. SUBINKY, LLC; and
31. JBMEnterprise, LLC.

**SO ORDERED.**

Date: 7/28/2025

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel